Legal Mail
Provided to Florida State Prison on
4/22/24 for mailing by ___

ORIGINAL.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ANDRE L. SHEFFIELD
PLAINTIFF

CASE NO. 3:24-CV-93-MMH-JBT

V.

SGT. FOWLER ET. AL.,
DEFENDANT(S)

MOTION TO ENFORCE COURTS ORDER

COMES NOW PLAINTIFF ANDRE L. Sheffield, And Files This MOTION TO ENFORCE COURTS order. As Grounds in Support demonstrate The Following:

1). ON April 1, 2024 MAGISTRATE Judge J.B. Toomey, issued And order in the above style CASE.

2). #3, In SAID order instructed PLAINTIFF TO PAY A Partial Filing Fee of $80.00, And OVER TIME The Total Filing Fee when Funds become available.

3). ON April 8, 2024 Plaintiff attempted TO forward A check to The COURTS, ON April 18, 2024 SAID special withdrawl was forwarded back to myself PLAYING GAMES by The Prison, To Attempt to get The CASE DISMISSED.

(1 of 2)

4). ON April 19, 2024 Plaintiff Submitted Another Special withdrawl for money to be forwarded TO The Clerk of Court.

5). IF The Clerk of Court or A Specific Order by THIS COURT IS NOT issued Against D.O.C. The Corrupt Staff of This prison, Lt. Sibley, MAJOR BLITCH, ECT. GONA CONTINUE TO PLAY GAMES IN Attempt TO Get This CASE DISMISSED. ITS DOC CORRUPTION ACTS NOT Plaintiffs.

Pursuant to 28 U.S.C. § 1746 I declare Under Penalty of Perjury that the Foregoing is True and Correct.
4/22/24

/S/ Andre L. Sh——

/S/ Andre L. Sh——
Andre L. Shuffield #116194
FLORIDA STATE Prison
P.O. Box 800
RAIFORD, FLORIDA
32083-0800

CERTIFICATE OF Service

I, Hereby Certify That A True And Correct Copy of This motion to Enforce Courts order has been Furnished VIA U.S. Regular Mail TO: Clerk of Court, U.S. District Court, Middle District of Florida 300 North Hogan Street, STE 9-150, Jacksonville, Florida 32202-4271 on This 22nd day of April 2024.

/S/ Andre L. Sh——

(2 of 2)